1  **SODW**
   THOMAS E. WINNER
2  Nevada Bar No. 5168
   LARA MILLER
3  Nevada Bar No. 12618
   Winner & Booze
4  1117 S. Rancho Drive
   Las Vegas, NV 89102
5  Phone (702) 243-7000
   Facsimile (702) 243-7059
6  twinner@winnerfirm.com
   lmiller@winnerfirm.com
7  *Attorney for Defendants*

8

9                    UNITED STATES DISTRICT COURT

10                        DISTRICT OF NEVADA

11  YESINEY BURGESS, individually,

12        Plaintiff,                    CASE NO.: 2:23-CV-00372-JAD-BNW
                                        DEPT. NO.:
13        vs.
                                        **STIPULATION AND ORDER FOR
14  GEICO INDEMNITY COMPANY, a Foreign  DISMISSAL WITH PREJUDICE**
    Corporation, DOES 1 through 10; and ROE
15  ENTITIES 1 through 10, inclusive,,        ECF Nos. 13, 18

16        Defendant.

17

18        IT IS HEREBY STIPULATED by Jonathan B. Lee of Richard Harris Law Firm, attorney

19  for the Plaintiff Yesiney Burgess, and Thomas E. Winner and Lara L. Miller of Winner & Booze,

20  attorneys for Defendant GEICO GENERAL INSURANCE COMPANY erroneously sued as

21  GEICO INDEMNITY COMPANY, that the Plaintiff's Complaint be dismissed with prejudice, and

22  each party to bear their own costs and attorney's fees.

23        IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced

24  matter.

25  / / /

26  / / /

27  / / /

28  / / /

088-8717

IT IS FURTHER STIPULATED THAT no trial date has been scheduled in this matter.

DATED this 24th day of October, 2023.

WINNER & BOOZE

*/s/Lara L. Miller*

THOMAS E. WINNER
Nevada Bar No. 5168
LARA L. MILLER
Nevada Bar No. 12618
1117 S. Rancho Drive
Las Vegas, NV 89102
**Attorneys for Defendant**

RICHARD HARRIS LAW FIRM

/s/Jonathan B. Lee

Jonathan B. Lee
Nevada Bar No. 13524
801 South Fourth Street
Las Vegas, NV 89101
**Attorney for Plaintiff**
**Yesiney Burgess**

## ORDER

Based on the parties' stipulation [ECF No. 18] and good cause appearing, IT IS HEREBY ORDERED that T**HIS ACTION IS DISMISSED with prejudice,** each side to bear its own fees and costs.  The pending motion for summary judgment **[ECF No. 13] is DENIED** as moot.  The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 24, 2023

088-8717